UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEANDRE LEMAR DANIELS,<br><br>Plaintiff<br><br>v.<br><br>KEVIN McMAHILL, et al.,<br><br>Defendants | Case No. 2:25-cv-01926-JAD-MDC<br><br>**ORDER** |

Pro se plaintiff Deandre Daniels, an inmate at Clark County Detention Center ("CCDC"), has submitted a complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1-1, 1). Plaintiff's application to proceed *in forma pauperis* is incomplete because Plaintiff did not include an inmate trust fund account statement for the previous six-month period with the application. The Court denies Plaintiff's application without prejudice and gives Plaintiff the opportunity to correct this deficiency **by January 13, 2026**.

I.     DISCUSSION

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month**

**period**. *See* 28 U.S.C. § 1915(a)(1), (2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II. CONCLUSION

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice.

It is further ordered that Plaintiff has **until January 13, 2026**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three of the following required documents:

    (i) a completed application with the inmate's two signatures on page 3,

    (ii) a completed financial certificate that is signed both by the inmate and the prison or jail official, and

    (iii) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff this Court's approved form application to proceed *in forma pauperis* for an inmate with instructions.

DATED: November 14, 2025

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE