UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEANDRE LEMAR DANIELS,<br>Plaintiff<br>v.<br>KEVIN McMAHILL, et al.,<br>Defendants | Case No. 2:25-cv-01926-JAD-MDC<br>**ORDER** |

Plaintiff Deandre Daniels brings this civil-rights action to redress constitutional violations that he allegedly suffered while detained at Clark County Detention Center. (ECF No. 1-1). Plaintiff filed an application to proceed *in forma pauperis* for an inmate. (ECF No. 5). Plaintiff appears to be no longer at the address listed with the Court and has been released from custody. Plaintiff has not filed his updated address with the Court. And his application to proceed *in forma pauperis* for inmate is moot because he is no longer incarcerated.

Plaintiff is reminded that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." LR IA 3-1. This rule includes when the party is moved to a new institution or released from custody. (See ECF No. 3 at 1). The party's "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

## I. CONCLUSION

It is therefore ordered that the application to proceed *in forma pauperis* for inmate (ECF No. 5) is denied as moot.

It is further ordered that Plaintiff has until **August 28, 2026**, to perform the following tasks:

(i) file his updated address with the Court, and

(ii) **either** pay the full $405 filing fee for this civil action, **or**

(iii) file an application to proceed *in forma pauperis* for non-inmates.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can comply with this Court's local rules.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner with instructions.

DATED: July 29, 2026

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE